**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Charles Clinton

                       Plaintiff,

v.                                      Case No.: 1:25–cv–03368
                                      Honorable Lindsay C. Jenkins

Baxter International Inc., et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: It does not appear that a summons has issued in the case, nor has an executed waiver of service been filed on the docket. By May 12, 2025, Plaintiff shall file a short status report updating the Court on the progress of service of process, bearing in mind FRCP 4(m). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.