**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CHARLES CLINTON, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BAXTER INTERNATIONAL INC., THE BOARD OF DIRECTORS OF BAXTER INTERNATIONAL INC., THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF BAXTER INTERNATIONAL INC., THE BAXTER INTERNATIONAL INC. ADMINISTRATIVE COMMITTEE, and THE INVESTMENT COMMITTEE OF THE BAXTER INTERNATIONAL INC. AND SUBSIDIARIES U.S. RETIREMENT SAVINGS PLAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.: 1:25-cv-03368** |
| Defendants.. | | |

**RULE 41 NOTICE OF DISMISSAL**

Plaintiff, Charles Clinton, hereby files this Notice of Dismissal of Defendants The Board of Directors of Baxter International Inc., The Compensation Committee of The Board of Directors of Baxter International Inc., and The Baxter International Inc. Administrative Committee without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each party to bear its own costs and attorneys' fees.

Respectfully submitted, this 8th day of May, 2025.

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
James A. Maro, Esquire
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066

markg@capozziadler.com
jamesm@capozziadler.com
Tel.: (610) 890-0200
Fax: (717) 232-3080

*Counsel for Plaintiff and the Putative Class*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: *ls/Mark K. Gyandoh*
Mark K. Gyandoh, Esq.