AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| Charles Clinton, et al, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-03368 |
| Baxter International Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Charles Clinton                                                                                       .

Date:      05/20/2025

/s/ Mark K. Gyandoh
*Attorney's signature*

Mark K. Gyandoh, PA Bar 88587
*Printed name and bar number*

Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA  19066

*Address*

Markg@capozziadler.com
*E-mail address*

(610) 890-0200
*Telephone number*

(717) 232-3080
*FAX number*