## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CHARLES CLINTON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BAXTER INTERNATIONAL INC., et al.,

Defendants.

Case No. 1:25-cv-03368

Honorable Lindsay C. Jenkins

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Baxter International, Inc., (Baxter) states that it is a publicly traded corporation, and it has no parent company. Baxter is aware of the following entities or individuals who beneficially own five percent (5%) or more of Baxter's stock: (1) The Vanguard Group, Inc.; (2) Dodge and Cox; (3) BlackRock, Inc; and (4) Pzena Investment Management LLC.

Defendant Investment Committee of the Baxter International Inc. and Subsidiaries U.S. Retirement Savings Plan (the "Committee") is a fiduciary committee of the Baxter International Inc. and Subsidiaries U.S. Retirement Savings Plan, and states that it has no "Affiliates" as defined in L.R. 3.2(a).

318091659v.3

2

DATED: June 6, 2025

By: */s/ Thomas M. Horan*
     Sam Schwartz-Fenwick
     Thomas M. Horan
     **SEYFARTH SHAW LLP**
     233 South Wacker Drive
     Suite 8000
     Chicago, Illinois 60606-6448
     Email: sschwartz-fenwick@seyfarth.com
           thoran@seyfarth.com
     Tel.: (312) 460-5000
     Fax: (312) 460-7000

     *Counsel for Defendants*

2

318091659v.3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

**Defendants' Corporate Disclosure Statement** was served by CM/EFC, this 6th day of June

2025, on the following:

Mark K. Gyandoh, Esquire
James A. Maro, Esquire
**CAPOZZI ADLER, P.C**.
312 Old Lancaster Road
Merion Station, PA 19066
Email: markg@capozziadler.com
jamesm@capozziadler.com
Tel.: (610) 890-0200
Fax: (717) 232-3080

By: /s/ Thomas M. Horan

3

318091659v.3