AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| Charles Clinton, et al, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-03368 |
| Baxter International Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Charles Clinton                                                                                                                  .

Date:      06/12/2025                                                     /s/ James A. Maro
                                                                                                   *Attorney's signature*

                                                                                      James A. Maro, PA Bar 86420
                                                                                         *Printed name and bar number*

                                                                                             Capozzi Adler, P.C.
                                                                                             312 Old Lancaster Road
                                                                                             Merion Station, PA  19066

                                                                                                           *Address*

                                                                                      Jamesm@capozziadler.com
                                                                                                   *E-mail address*

                                                                                                (610) 890-0200
                                                                                                 *Telephone number*

                                                                                                (717) 232-3080
                                                                                                    *FAX number*