IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES CLINTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC., et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-03368<br><br>Honorable Lindsay C. Jenkins |

## DEFENDANTS' INDEX OF EXHIBITS TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT

| Exhibit No. | Document |
|---|---|
| 1 | Baxter International and Subsidiaries U.S. Retirement Savings Plan 2023 Form 5500 |
| 2 | 2024 Baxter International and Subsidiaries U.S. Retirement Savings Plan Summary Plan Description |
| 3 | Summary of Data From Putative Comparator Forms 5500 and Plaintiff's Complaint |
| 4 | Baylor College of Medicine Retirement Plan 2019 Form 5500 |
| 5 | Jackson National Life Insurance Company Defined Contribution Plan 2019 Form 5500 |
| 6 | Holzer Health System 401A Profit Sharing Plan 2019 Form 5500 |
| 7 | Transamerica 401(k) Retirement Savings Plan 2019 Form 5500 |
| 8 | American United Life Progress Sharing Plan and Trust 2019 Form 5500 |
| 9 | HCC Insurance Holdings, Inc. 401(k) Plan 2019 Form 5500 |
| 10 | Baylor College of Medicine Retirement Plan 2020 Form 5500 |
| 11 | Allina 401k Retirement Savings Plan 2020 Form 5500 |
| 12 | HCC Insurance Holdings, Inc. 401(k) Plan 2020 Form 5500 |
| 13 | American United Life Progress Sharing Plan and Trust 2020 Form 5500 |
| 14 | Gemba Group Annuity Plan 2021 Form 5500 |
| 15 | Baylor College of Medicine Retirement Plan 2021 Form 5500 |
| 16 | Holzer Health System 401A Profit Sharing Plan 2021 Form 5500 |
| 17 | American United Life Progress Sharing Plan and Trust 2021 Form 5500 |
| 18 | International Imaging Materials, Inc. Retirement and Investment Plan 2022 Form 5500 |
| 19 | Baylor College of Medicine Retirement Plan 2022 Form 5500 |
| 20 | American United Life Progress Sharing Plan and Trust 2022 Form 5500 |
| 21 | Jackson National Life Insurance Company Defined Contribution Plan 2022 Form 5500 |

1

2

| 22 | Allina 401k Retirement Savings Plan 2022 Form 5500 |
|----|-----------------------------------------------------|
| 23 | TruGreen Profit Sharing and Retirement Plan 2022 Form 5500 |
| 24 | Valley Children's Hospital Defined Contribution Retirement Plan 2023 Form 5500 |
| 25 | Mattel, Inc. Personal Investment Plan 2023 Form 5500 |
| 26 | Pomona Valley Hospital Medical Center Retirement Savings Plan 2023 Form 5500 |
| 27 | Auto-Owners Insurance Company Retirement Savings 2023 Form 5500 |
| 28 | Baxter International Inc. And Subs Incentive Investment Plan 2019 Form 5500 |
| 29 | Baxter International Inc. and Subsidiaries U.S. Retirement Savings Plan 2020 Form 5500 |
| 30 | Baxter International Inc. and Subsidiaries U.S. Retirement Savings Plan 2021 Form 5500 |
| 31 | Baxter International Inc. and Subsidiaries U.S. Retirement Savings Plan 2022 Form 5500 |

DATED: July 7, 2025

By: */s/ Samuel M. Schwartz-Fenwick*

Samuel M. Schwartz-Fenwick
Thomas M. Horan
**SEYFARTH SHAW LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Email: sschwartz-fenwick@seyfarth.com
        thoran@seyfarth.com
Tel.: (312) 460-5000
Fax: (312) 460-7000

*Counsel for Defendants*

2

318915332v.1