## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Charles Clinton

                                Plaintiff,

v.                                                          Case No.: 1:25–cv–03368
                                                            Honorable Lindsay C. Jenkins

Baxter International Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins:Plaintiff's response to the motion to dismiss or an amended complaint must be filed by or before July 28, 2025. Defendants have until August 18, 2025 to answer or otherwise plead, but if a response to the motion to dismiss is filed, then Defendant's reply brief is due by August 11, 2025. The court generally does not stay discovery while motions are pending. By July 31, 2025, the parties are to jointly propose a fact discovery schedule and no date may be contingent upon a ruling (if necessary) by the court. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.