**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: *Clinton v. Baxter Int'l Inc., et al.*      Case Number: 1:25-cv-03368

An appearance is hereby filed by the undersigned as attorney for: Stable Value Investment Association as *amicus curiae*

Attorney name (type or print): Richard E. Nowak

Firm: Mayer Brown LLP

Street address: 71 South Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6302664                Telephone Number: 312-701-8314
(See item 3 in instructions)

Email Address: rnowak@mayerbrown.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | X No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | X Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | X No |

If this is a criminal case, check your status.      ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: July 14, 2025

Attorney signature:     S/ Richard E. Nowak
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023