## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Charles Clinton

                              Plaintiff,

v.                                                    Case No.: 1:25–cv–03368
                                                      Honorable Lindsay C. Jenkins

Baxter International Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff may file an opposition brief to the motion for leave not to exceed 5 pages by July 28, 2025. No replies unless the court requests one. The briefing schedule set by docket entry [21] otherwise stands. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.