IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CHARLES CLINTON, individually and on
behalf of all others similarly situated,

              Plaintiffs,

     v.

BAXTER INTERNATIONAL INC., et al.,

              Defendants.

Civil Action No. 1:25-cv-03368

Honorable Lindsay C. Jenkins

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to LR 78.3, the Parties have conferred regarding the filing of Plaintiffs' Motion for Leave to File a Notice of Supplemental Authority [Docket No. 32] and they respectfully propose the following briefing schedule to govern any responses and replies:

| Document to be Filed | Proposed Filing Date |
|---|---|
| Response to Motion for Leave to File a Notice of Supplemental Authority | October 21, 2025 |
| Replies on Motion for Leave to File a Notice of Supplemental Authority | October 28, 2025 |

Date: October 8, 2025                                    Respectfully submitted,

*/s/ Mark K. Gyandoh*____                               *s/Mario Nimock*_____
Mark K. Gyandoh                                         Samuel M. Schwartz – Fenwick
**CAPOZZI ADLER, P.C.**                                 Sschwartz-fenwick@seyfarth.com
312 Old Lancaster Road                                  Thomas M. Horan
Merion Station, PA 19066                                Thoran@seyfarth.com
Tel: (610) 890-0200                                     Mario D. Nimock
Fax: (717) 233-4103                                     MNimock@seyfarth.com
                                                        **SEYFARTH SHAW LLP**
                                                        233 South Wacker Drive
**Attorneys for Plaintiff**                             Suite 8000
                                                        Chicago, Illinois 60606-6448

                                                        **Counsel for Defendants**

2

3

## CERTIFICATE OF SERVICE

I, Mario D. Nimock, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing JOINT PROPOSED BRIEFING SCHEDULE to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ *Mario D. Nimock*

Mario D. Nimock
