**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Charles Clinton, individually and on behalf of all other similarly situated v. Baxter International, Inc., et al.

Case Number: 1:25-cv-03368

An appearance is hereby filed by the undersigned as attorney for:

Baxter International, Inc. and The Investment Committee of the Baxter International Inc. and Subsidiaries U.S. Retirement Savings Plan

Attorney name (type or print): Mario D. Nimock

Firm: Seyfarth Shaw LLP

Street address: 233 S. Wacker Dr., Suite 8000

City/State/Zip: Chicago, IL 60606

Bar ID Number: 687627
(See item 3 in instructions)

Telephone Number: (312) 460-5000

Email Address: mnimock@seyfarth.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ✔ No |
| Are you a member of the court's general bar? | ✔ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✔ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 8, 2025

Attorney signature: S/ Mario D. Nimock
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023