**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**


Charles Clinton

              Plaintiff,

v.                                      Case No.: 1:25–cv–03368
                                      Honorable Lindsay C. Jenkins

Baxter International Inc., et al.

              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, October 9, 2025:


      MINUTE entry before the Honorable Lindsay C. Jenkins: The court declines to set the briefing schedule proposed by the parties. Instead, by October 23, 2025, either party may file a supplemental memorandum not to exceed 6 pages addressing the applicability of Carter v. Sentara Healthcare Fiduciary Comm. (E.D. Va. Aug. 11, 2025). At that time, briefing will close the court will take the matter under advisement. Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.