# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Charles Clinton, et al.

                                    Plaintiff,

v.                                                      Case No.: 1:25–cv–03368
                                                        Honorable Lindsay C. Jenkins

Baxter International Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2026:

        MINUTE entry before the Honorable Lindsay C. Jenkins: The clerk is directed to seal the filing at docket entry [41]. The amended complaint filed at docket entry [45] shall serve as the operative pleading. The following Defendants have been terminated from the case: Board of Directors of Baxter International Inc., The Compensation Committee of The Board of Directors of Baxter International Inc., and The Baxter International Inc. Administrative Committee. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.