**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES CLINTON, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-03368 |
| BAXTER INTERNATIONAL INC., et al., | Honorable Lindsay C. Jenkins |
| Defendants. | |

**SECOND JOINT STATUS REPORT**

Plaintiff, Charles Clinton ("Plaintiff"), and Defendants, Baxter International Inc. ("Baxter") and the Investment Committee of the Baxter International Inc. and Subsidiaries U.S. Retirement Savings Plan (the "Investment Committee") (collectively, "Defendants") (together the "Parties"), by their undersigned counsel, submit this Second Joint Status Report pursuant to the Court's December 3, 2025 Minute Entry (ECF No. 38) in order to "propose a complete fact discovery schedule under Rule 26(f)."

**1.      Case Plan**

     **A.      Proposed Discovery Plan**

          (1)      General Type of Discovery Needed

Plaintiff anticipates discovery on Defendants' fiduciary processes in managing the Plan, which will include deposition testimony of members of the Plan's Investment Committee and potentially third parties. If Defendants' motion to dismiss is denied, Defendants anticipate that they will seek discovery from Plaintiff regarding the claims asserted in the Complaint.

Defendants anticipate taking discovery on Plaintiff's investment history and knowledge of the claims.

          (2)      Rule 26(a)(1) Disclosures

Plaintiff served his Initial Disclosures on September 29, 2025 and Defendants served their Initial Disclosures on October 6, 2025.

       (3)     First Date to Issue Written Discovery

May 1, 2026

       (4)     Fact Discovery Completion Date

March 30, 2027

       (5)     Expert Discovery Completion Date

October 30, 2027

       (6)     Date for Filing Dispositive Motions

December 1, 2027

**B.**    **Trial**

       (1)     Jury Trial

Plaintiff did not request a jury trial.

       (2)     Probable Length of Trial

The Parties anticipate that the estimated number of trial days will be five (5) to seven (7) days.

**2.**    **Status of Settlement Discussion**

**A.**    **Settlement Discussions**

No settlement discussions have taken place. Plaintiff has not made a settlement demand.

**B.**    **Status of Settlement Discussions**

The Parties have conferred and agree it is premature to discuss settlement.

**C.**    **Settlement Conference**

The Parties do not request a settlement conference at this time.

DATED: February 3, 2026

DATED: February 3, 2026

By: */s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
James A. Maro, Esquire
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
Email: markg@capozziadler.com
jamesm@capozziadler.com
Tel.: (610) 890-0200
Fax: (717) 232-3080

*Counsel for Plaintiff*

By:*/s/ Sam Schwartz-Fenwick*
Sam Schwartz-Fenwick
Thomas M. Horan
**SEYFARTH SHAW LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Email: sschwartz-fenwick@seyfarth.com
thoran@seyfarth.com
Tel.: (312) 460-5000
Fax: (312) 460-7000

*Counsel for Defendants*