IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CHARLES CLINTON and MICHAEL
LEDBETTER, individually and on behalf of
all others similarly situated,

    Plaintiffs,

  v.

BAXTER INTERNATIONAL INC., et al.,

    Defendants.

Civil Action No. 1:25-cv-03368

Honorable Lindsay C. Jenkins

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Baxter International Inc. ("Baxter") and The Investment Committee of the Baxter International Inc. And Subsidiaries U.S. Retirement Savings Plan (the "Investment Committee) (collectively, Defendants"), hereby move to dismiss Plaintiffs' Amended Complaint. As detailed in the supporting Memorandum of Law filed herewith, the Amended Complaint fails to state any viable claim for relief and should be dismissed in its entirety, with prejudice.

Pursuant to the Court's Minute Order (ECF 44) Plaintiffs' response to this motion is due by March 13, 2026. Defendants' reply is due by April 3, 2026.

323598951v.1

2

DATED: February 17, 2026

By: */s/ Samuel M. Schwartz-Fenwick*

Samuel M. Schwartz-Fenwick
Thomas M. Horan
**SEYFARTH SHAW LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Email: sschwartz-fenwick@seyfarth.com
        thoran@seyfarth.com
Tel.: (312) 460-5000
Fax: (312) 460-7000

*Counsel for Defendants*

2

323598951v.1

3

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel M. Schwartz-Fenwick, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ <i>Samuel M. Schwartz-Fenwick</i>
Samuel M. Schwartz-Fenwick

3

323598951v.1