AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Charles Clinton, et al, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-03368 |
| Baxter International Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Charles Clinton and Michael Ledbetter                                        .

Date:    05/21/2026

/s/ James A. Wells
*Attorney's signature*

James A. Wells, PA Bar 83517
*Printed name and bar number*

Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA  19066

*Address*

Jayw@capozziadler.com
*E-mail address*

(610) 890-0200
*Telephone number*

(717) 232-3080
*FAX number*