## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Charles Clinton, et al.

                              Plaintiff,

v.                                                    Case No.: 1:25–cv–03368
                                                      Honorable Lindsay C. Jenkins

Baxter International Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendants' motion to dismiss [48] is granted. See the attached order for further details. The clerk is directed to enter a Rule 58 judgment as follows: Judgment is entered in favor of the Defendants and against Plaintiffs. Civil case terminated. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.