ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Charles Clinton and Michael Ledbetter,

Plaintiff(s),

v.

Baxter International Inc. ,

Defendant(s).

Case No.  25 CV 3368
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

        which ☐ includes     pre–judgment interest.
                  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒     in favor of defendant(s) Baxter International Inc.
and against plaintiff(s) Charles Clinton and Michael Ledbetter

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐     other:

---

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins on a motion

Date:  7/7/2026                  Thomas G. Bruton, Clerk of Court

                                       Victoria DioGuardi, Deputy Clerk